**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RICARDO QUILES,

                      Plaintiff,                        19 **CIVIL** 6945 (SDA)

        -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings pursuant to the forth sentence four of § 205(g), of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
           April 9, 2020

                                                                  **RUBY J. KRAJICK**
                                                           _____
                                                                  **Clerk of Court**
                    **BY:**
                                                                 _____
                                                                   **Deputy Clerk**